# **Exhibit 2**

# Confession of Judgment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOVANI SANCHEZ GOMEZ, on behalf of
himself and all others similarly situated

                                        Plaintiff,                  17 Civ. 04652 (HBP)

        -against-                                      **AFFIDAVIT OF**
                                                                             **CONFESSION**
                                                                                  **OF JUDGMENT**

BKUK CORPORATION, BESIM KUKAJ, LUAN
KUKAJ, and ADRIAN LAZO,

                                        Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK       )
                                    ) ss:
COUNTY OF NEW YORK    )

Besim Kukaj, being duly sworn, deposes and says:

    1.    I, Besim Kukaj, am the owner of Bkuk Corporation ("Bkuk") and reside at

_____.

    2.    I have authority to sign on behalf of myself, and on behalf of Bkuk, and am duly authorized to make this Affidavit of Confession of Judgment on my own behalf and on behalf of Bkuk I hereby confesses judgment and authorize entry of judgment against myself and Bkuk (collectively, "Defendants"), jointly and severally, in favor of Plaintiff for the sum of (i) Nineteen Thousand Dollars ($19,000.00), less (ii) the amount for the payments already made, plus (iii) the sum of Eight Thousand Dollars ($8,000) pursuant to the terms of the Settlement Agreement (the "Settlement Agreement"), entered into and signed by Plaintiff and Defendants in the above-captioned proceeding, together with pre-judgment interest at the rate of 9% per annum (starting from the date of default of the Settlement Agreement), and reasonable attorneys' fees and costs incurred in entering and enforcing the judgment against

3. This Confession of Judgment is for a debt justly due to Plaintiff pursuant to the Settlement Agreement.

4. The Settlement Agreement arises out of the above-captioned action, which was settled pursuant to a written agreement approved by the United States District Court, Southern District of New York.

5. I hereby represent my understanding that upon Defendants' breach of the Settlement, Plaintiff shall have the unqualified right to cause this Confession of Judgment to be docketed and entered in this Court or any other court of proper jurisdiction as a judgment against Defendants, jointly and severally, against all property, of any kind, in which I and the corporation stated herein, collectively or individually, have any ownership interest.

6. The original of this Affidavit of Confession of Judgment shall remain in the possession of Plaintiff's counsel, Braverman Law PC, and the original shall be destroyed upon completion of the payment obligations contained in the annexed Agreement.

_____
Besim Kukaj, on behalf of himself and on behalf of Bkuk Corporation

State of New York    )
                     ) ss.:
County of _____NY____ )

On the ___ day of ___Ma___, 2018, before me personally came Besim Kukaj, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.


NOTARY PUBLIC


ANA M CORONA
Notary Public - State of New York
NO. 01CO6181689
Qualified in Bronx County
My Commission Expires _____