USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOVANI SANCHEZ GOMEZ,

                        Plaintiff,

-against-

BKUK COPR., et al.,

                        Defendants.
------------------------------------------------------------X

17 CIVIL 4652 (HBP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 3, 2018, judgment is entered against defendants Bkuk Corporation and Besim Kukaj only in the total amount of $25,646.63, comprised of the unpaid balance of the settlement amount ($15,218.00), the $8,000.00 penalty amount, interest through October 3, 2018 ($363.63) and reasonable attorney's fees ($2,065.00).

**Dated:** New York, New York
        October 4, 2018

                                            RUBY J. KRAJICK
                                            _____
                                              Clerk of Court
                            BY:
                                          _____
                                               Deputy Clerk